IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS E. WOODS,** | : | |
|     **Plaintiff** | : | |
| | : | No. 1:23-cv-2029 |
|     v. | : | |
| | : | (Judge Rambo) |
| **GEORGE RALSTON,** *et al.*, | : | |
|     **Defendants** | : | |

## ORDER

**AND NOW**, on this 30th day of January 2024, upon consideration of *pro se* Plaintiff Thomas E. Woods ("Plaintiff")'s complaint (Doc. No. 1), and for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A;

2. Plaintiff may file an amended complaint within thirty (30) days of the date of this order to cure the deficiencies identified in the court's memorandum opinion. Any amended complaint filed pursuant to this order shall be filed to the same docket number as the instant action, shall be entitled "Amended Complaint," and shall be complete in all respects. It shall be a new pleading that stands by itself as an adequate complaint under the Federal Rules of Civil Procedure;

3. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form; and

4. If Plaintiff fails to file an amended complaint by the above date, this case shall be dismissed without further leave to amend for the reasons stated in the accompanying memorandum.

                                   <u>s/ Sylvia H. Rambo</u>
                                 United States District Judge